UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| VAUGHN LARSON, | ) |
| | ) |
|     **Plaintiff** | ) |
| | ) |
|     v. | )    NO. 2:17-cv-00079 |
| | ) |
| CITY OF ALGOOD, TENNESSEE, | ) |
| GARY HARRIS, SCOTT BILBREY | ) |
| and KEITH MORRISON, | ) |
| | ) |
|     **Defendants.** | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JUSTIN MEDLIN, | ) |
| | ) |
|     **Plaintiff** | ) |
| | ) |
|     v. | )    NO. 2:17-cv-00080 |
| | ) |
| CITY OF ALGOOD, TENNESSEE, | ) |
| GARY HARRIS, and KEITH | ) |
| MORRISON, | ) |
| | ) |
|     **Defendants.** | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| KAREN BOHANNON, | ) |
| | ) |
|     **Plaintiff** | ) |
| | ) |
|     v. | )    NO. 2:18-cv-00022 |
| | ) |
| CITY OF ALGOOD, TENNESSEE, | ) |
| SCOTT BILBREY and | ) |
| KEITH MORRISON, | ) |
| | ) |
|     **Defendants.** | ) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, Defendants' Motions for Summary Judgment (Case Nos. 2:17-cv-00079, Doc. No. 40; 2:17-cv-00080, Doc. No. 50; 2:18-cv-00022, Doc. No. 35) are hereby **GRANTED** with respect Plaintiffs' federal claims, and those claims are hereby **DISMISSED WITH PREJUDICE.** The Court **DECLINES** to exercise jurisdiction over Plaintiffs' state law claims and those are **DISMISSED WITHOUT PREJUDICE.**

The Clerk of the Court will enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE